RECEIVED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2016 FEB 22 P 3:03

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

KATHLEEN C. HAMPTON )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:15CV1624
PROF-2013-S3 LEGAL TITLE TRUST, ET AL. )
)
)
*Defendant(s)* )

Amended Complaint

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Wittstadt Title & Escrow Company, LLC,
as Prior Substitute Trustee
22375 Broderick Dr, Suite 260
Dulles, VA 20166
(Loudoun County)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kathleen C. Hampton
34985 Snickersville Turnpike
Round Hill, VA 20141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2016 FEB 22 P 3:02

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

KATHLEEN C. HAMPTON )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:15CV1624
)
PROF-2013-S3 LEGAL TITLE TRUST, ET AL. )
)
)
)
*Defendant(s)* )

Amended Complaint

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Fannie Mae, Investor
Federal National Mortgage Insurance
Serve: Attn: Legal Resource Center or
State Representative of Virginia
3900 Wisconsin Ave., NW
Washington, D.C. 20016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kathleen C. Hampton
34985 Snickersville Turnpike
Round Hill, VA 20141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2016 FEB 22 P 3:03

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

KATHLEEN C. HAMPTON )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:15CV1624
PROF-2013-S3 LEGAL TITLE TRUST, ET AL. )
)
)
)
*Defendant(s)* )

Amended Complaint

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Samuel I. White, P.C., as Original and Substitute Trustee
Serve: Registered Agent:
William Adam White
Samuel I. White, P.C.
5040 Corporate Woods Dr, Ste 120
Virginia Beach, VA 23462
(City of Virginia Beach County)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kathleen C. Hampton
34985 Snickersville Turnpike
Round Hill, VA 20141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____  _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2016 FEB 22 P 3: 03

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

KATHLEEN C. HAMPTON )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:15CV1624
PROF-2013-S3 LEGAL TITLE TRUST, ET AL. )
)
)
*Defendant(s)* )

Amended Complaint
SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Shapiro & Burson, LLP
aka Shapiro Brown & Alt, LLP, as Prior Substitute Trustee
10021 Balls Ford Rd, Suite 200
Manassas, VA 20109
(Prince William County)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kathleen C. Hampton
34985 Snickersville Turnpike
Round Hill, VA 20141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2016 FEB 22 P 3: 02

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

KATHLEEN C. HAMPTON )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:15CV1624
PROF-2013-S3 LEGAL TITLE TRUST, ET AL. )
)
)
*Defendant(s)* )

*Amended Complaint*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PROF-2013-S3 Legal Title Trust,
by U.S. Bank National Association, as Legal Title Trustee
*Sent*· Registered Agent:
CT Corporation System
4701 Cox Road, Suite 285
Glen Allen, VA 23060
(Henrico County)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kathleen C. Hampton
34985 Snickersville Turnpike
Round Hill, VA 20141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2016 FEB 22 P 3: 02

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

KATHLEEN C. HAMPTON )
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 1:15CV1624
)
PROF-2013-S3 LEGAL TITLE TRUST, ET AL. )
)
)
_____ )
*Defendant(s)* )

Amended Complaint

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bank of America, N.A., successor by merger to BAC Home Loans
Servicing, LP FKA Countrywide Home Loans Servicing, LP
Serve-. Registered Agent:
CT Corporation System
4701 Cox Road, Suite 285
Glen Allen, VA 23060
(Henrico County)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kathleen C. Hampton
34985 Snickersville Turnpike
Round Hill, VA 20141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2016 FEB 22 P 3: 02

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

KATHLEEN C. HAMPTON )
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 1:15CV1624
)
PROF-2013-S3 LEGAL TITLE TRUST, ET AL. )
)
)
)
_____ )
*Defendant(s)* )

*Amended Complaint*
SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mortgage Electronic Registration Systems, Inc. aka "MERS"
Serve: Registered Agent:
Sharon Horstkamp
Mortgage Electronic Registration Systems, Inc.
1818 Library St, Ste 300
Reston, VA 20190
(Fairfax County)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kathleen C. Hampton
34985 Snickersville Turnpike
Round Hill, VA 20141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

RECEIVED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2016 FEB 22 P 3: 02

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

KATHLEEN C. HAMPTON )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:15CV1624
)
PROF-2013-S3 LEGAL TITLE TRUST, ET AL. )
)
)
)
*Defendant(s)* )

Amended Complaint
SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Countrywide Home Loans, Inc., a New York Corporation
dba America's Wholesale Lender
Serve: Registered Agent:
CT Corporation System
4701 Cox Road, Suite 285
Glen Allen, VA 23060
(Henrico County)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kathleen C. Hampton
34985 Snickersville Turnpike
Round Hill, VA 20141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                       *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

RECEIVED
2016 FEB 22 P 3: 03
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

KATHLEEN C. HAMPTON )
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 1:15CV1624
)
PROF-2013-S3 LEGAL TITLE TRUST, ET AL. )
)
)
_____ )
*Defendant(s)* )

Amended Complaint
SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Fay Servicing, LLC, as Servicing Agent and Attorney-in-Fact for PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee
Serve: Registered Agent:
Registered Agent Solutions, Inc.
7288 Hanover Green Drive
Mechanicsville, VA 23111
(Hanover County)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kathleen C. Hampton
34985 Snickersville Turnpike
Round Hill, VA 20141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*