IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KATHLEEN C. HAMPTON | ) |
| *Plaintiff,* | ) |
| v. | ) Civil Action No. 1:15CV1624-LMB-MSN |
| PROF-2013-S3 LEGAL TITLE TRUST, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE, *et al.*, | ) |
| *Defendants.* | ) |

### ORDER

THIS MATTER is before this Court on Plaintiff's request to voluntarily dismiss without prejudice pursuant to FRCP 41(a)(1). It appearing that Plaintiff has not before requested a nonsuit, and it further appearing that no Defendant has filed an answer or motion for summary judgment, this Court finds that the request is proper, and it is therefore hereby

ORDERED that the election to voluntarily dismiss is GRANTED pursuant to FRCP 41(a)(1) and it is further

ORDERED that this case is DISMISSED without prejudice.

ENTERED THIS 18 DAY OF MAY, 2016.

/s/ 
Leonie M. Brinkema
United States District Judge